(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
## Western District of New York

**FILED**
UNITED STATES DISTRICT COURT
APR 17 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

Peter Thousand,
Christopher Gillespie, Ivy Collins,
Harris
*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Monroe County Jail.
Captain Farina, Corporal Ruiz #4436
Sgt. Bermudez, Deputy Potenza,
Sgt. Schultz,                   et. al.,
*Defendant(s)*

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _26-cv-6440 EAW_

(to be filled in by the Clerk's Office)

JURY TRIAL: Yes _X_ No___

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to
electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social
security number or full birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any
other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in
forma pauperis.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

① ②

| | | |
|---|---|---|
| Name | *Peter Thousand* | *Christopher Gillespie* |
| All other names by which you have been known: | *N/A* | *N/A* |
| ID Number | *200816* | *603131* |
| Current Institution | *Monroe County Jail* | |
| Address | *130 S. Plymouth Avenue* | |
| | *Rochester* *NY* *14614* | |
| | City        State        Zip Code | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name          *Monroe County Jail*
Job or Title *(if known)*
Shield Number
Employer
Address       *130 S. Plymouth Avenue*
              *Rochester*        *New York*        *14614*
              City              State              Zip Code
☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name          *Captain Farina*
Job or Title *(if known)*   *Captain*
Shield Number   *3093*
Employer        *Monroe County Sheriff*
Address         *130 S. Plymouth Avenue*
                *Rochester*        *New York*        *14614*
                City              State              Zip Code
☒ Individual capacity   ☒ Official capacity

3rd plaintiss

Ivy Collins-Harris
207 Penhurst st
Rochester, NY 14619

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name     Corporal Ruiz

Job or Title *(if known)*     Corporal

Shield Number     #4436

Employer     Monroe County Sheriff

Address     130 S. Plymouth Avenue

Rochester     NY     14614

     *City*      *State*      *Zip Code*

☒ Individual capacity     ☒ Official capacity

Defendant No. 4

Name     Sgt. Bermudez

Job or Title *(if known)*     Sgt.

Shield Number

Employer     Monroe County Sheriff

Address     130 S. Plymouth Avenue

Rochester     NY     14614

     *City*      *State*      *Zip Code*

☒ Individual capacity     ☒ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 5
    Name                          _Deputy M. Potenza_
    Job or Title (if known)       _Deputy_
    Shield Number                 _____
    Employer                      _Monroe County Sheriff_
    Address                       _130 S. Plymouth avenue_
                                  _Rochester_      _NY_      _14614_
                                     City          State      Zip Code
    ☐ Individual capacity    ☐ Official capacity

Defendant No. # 6
    Name                          _Sgt. Schultz_
    Job or Title (if known)       _Sgt. 3637_
    Shield Number                 _____
    Employer                      _Monroe County Sheriff_
    Address                       _130 S. Plymouth Avenue_
                                  _Rochester_      _NY_      _14614_
                                     City          State      Zip Code
    ☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

US Constitution Amendments          NYS Constitution Amendments
1,                                   Art 1 §6
4
5
6
8
14

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*each named defendant is responsible by act or Ommission ynder color of law by way of Denial to, or failure to Act, or intentionally acting, to creat the violations of State and Federal laws, Rules, Regulations and Policy.*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☒    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*   *Parole violation Appeal pending*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*on or about Date of March 5, 2026 when I hired attorney Ivy Collins-Harris to represent me was the 1st day I experienced and witnessed the Discriminatory and retaliatory treatment towards Myself and my Attorney.*

C.  What date and approximate time did the events giving rise to your claim(s) occur?

March 4, 2026 at approx. 9:am

D.  What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

I hired an attorney and noticed the Harrassment and discrimination of myself and my attorney by MCJ Staff and then experienced all the herein violations of my/our rights

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Violation of Constitutionally Protected rights, Due Process, Equal Protection, Delay + Denial of Medical Care to Serious Medical needs, Emotional Duress, Physical pain + Suffering.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(1) I/We want the Court to issue injunctions/separations of all staff involved for fear of retaliation and/or Physical assault and abuse of authority.

(2) I/we want one million Dollars against each Defendant for the following: (Federal/State)
(a) Violation of Const. Rights/Policy, Procedure, Rules, Regulations.
(b) Abuse and Neglect of Authority.
(c) Discrimination
(d) Punitive Damages.
(E) Emotional Duress/Pain and Suffering

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Monroe County Jail 130 S. Plymouth Ave. Roch., NY 14614

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

"All"

Due Process violation of Right to Access to Attorney/Courts. Equal Protection of law Discrimination illegal Confinement And Deprivation of Communication with family, friends, Attorney. Violation of my Brady/Rosario Discovery materials. Medical treatment violation of Title 18 USC United States Postal Requirements For Mail Deposit Boxes under the exclusive care and Control of the U.S. Post offices.

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Monroe County Jail / Ivy Collins-Harris

2.    What did you claim in your grievance?

See Attached Grievance

3.    What was the result, if any?

The papers were Submitted and May be futile, to the claims of retaliation, rendering no Available remedy.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

The Complaint Process is ongoing and Continuous.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   *SGT.*

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   Sgt. Prince     Corporal Ruiz #4436
   Sgt. Bermudez   Deputy BRAY        / with Some
   Deputy Potenza  Deputy Hamlin      / Positive results
   Deputy Sullivan

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Being Placed in Ad-Seg has limited my abilities and violated my due Process rights.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes  to Previous filed lawsuit ongoing with
☒ No  520 Million Demand against 35 defendants

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.  Parties to the previous lawsuit
    Plaintiff(s) _Peter Thousand_
    Defendant(s) _Carl Allen McDonald, E. Parker C McGloshon, Sandra Doorley Patrick Gallagher, Julie M. Hahn et. al._

2.  Court (if federal court, name the district; if state court, name the county and State)
    _Western District of New York_

3.  Docket or index number
    _Pending Screening_

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit
    _April 6, 2026_

6.  Is the case still pending?

    ☒ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

    _____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4/9/2026

Signature of Plaintiff    *Peter Thousand*

Printed Name of Plaintiff    Peter Thousand

Prison Identification #    200816

Prison Address    130 S. Plymouth Avenue

Rochester                NY            14614
      *City*             *State*        *Zip Code*

B.    **For Attorneys**

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

      *City*              *State*        *Zip Code*

Telephone Number    _____

E-mail Address    _____

Print    Save As...    Add Attachment    Reset